**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------------------

**No. 00-6370**

------------------

In Re: JIMMY LAWRENCE NANCE,

                                    Petitioner.

------------------

On Petition for Writ of Mandamus.  (CR-92-135-R)

------------------

Submitted:  April 25, 2000          Decided:  May 19, 2000

------------------

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

------------------

Petition denied by unpublished per curiam opinion.

------------------

Jimmy Lawrence Nance, Petitioner Pro Se.

------------------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy Lawrence Nance brought this petition for writ of mandamus seeking to reopen an appeal to this Court. See United States v. Nance, No. 99-7341 (4th Cir. Dec. 30, 1999) (unpublished). A petition for writ of mandamus is an appropriate remedy only where there are no other means by which a petitioner may obtain the requested relief. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). There are two ways in which Nance may attack a decision of this court: he may petition this court for rehearing, and he may petition the Supreme Court of the United States for a writ of certiorari.[*] Because there are other remedies by which Nance could obtain the relief he seeks, the petition for writ of mandamus is denied. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] We note that Nance petitioned for rehearing in the case he seeks to reopen, and the petition was denied.